**Opinion issued September 26, 2019**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-19-00666-CV**

———————————

**IN RE JACK EDWARD JOHNSON II, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Jack Edward Johnson II, filed this petition for writ of mandamus challenging the trial court's February 16, 2018 divorce decree.[1] Johnson has

---

[1] The underlying case is *In the Matter of the Marriage of Jack Edward Johnson II and Amy Laura Delzotto; In the Interest of J.L.J. and G.L.D., Children*, cause number 2016-36745, pending in the 312th District Court of Harris County, Texas, the Honorable Clinton E. Wells presiding.

previously appealed this decree and filed a petition for writ of mandamus concerning this decree.[2]

Johnson had an adequate remedy by appeal and, therefore, he is not entitled to the remedy of mandamus. *See Walker v. Packer*, 827 S.W.2d 833, 840, 844 (Tex. 1992) (holding that relators had adequate remedy by appeal and mandamus was inappropriate).

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.

---

[2] Johnson's appeal was filed in appellate cause number 01-18-00391-CV. The previous mandamus was filed in appellate cause number 01-18-00793-CV.